FILED
Clerk
District Court

DEC - 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Wy.
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
    JOSEPH JOHN HERERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELENA JEBEHN,<br><br>          Plaintiff,<br><br>v.<br><br>JOSEPH JOHN HERRERA, ALOHA COUNCIL BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICA, INC.,<br><br>          Defendants. | CIVIL ACTION NO. CV 03-0027<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

    COMES NOW, Danilo T. Aguilar, counsel of record for Defendant Joseph John Herrera and hereby submits his notice of mandatory withdrawal as counsel for the above-named Defendant. This notice of withdrawal is submitted pursuant to Rule 1.16(b)(6) of the Rules of Professional Responsibility. Defendant Herrera has not maintained contact with counsel for over one year. Counsel has no knowledge of the Defendant's current whereabouts. Effective the date of this notice, counsel will not make any further appearances on behalf of the above-

named Defendant for any scheduled hearings or conferences, unless ordered by the Court.

Dated this 30th day of November, 2005

_____
DANILO T. AGUILAR

2