1

DANILO T. AGUILAR, F198
Attorney at Law

2

P.O. Box 505301
First Floor, San Jose Court Bldg.

3

Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan MP 96950

4

TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

5

Attorney for Defendant

6

    JOSEPH JOHN HERERRA

F I L E D
Clerk
District Court

DEC - 1 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

7

IN THE UNITED STATES DISTRICT COURT

8

OF THE

9

NORTHERN MARIANA ISLANDS

10

MARIA HELENA JEBEHN,

11

Plaintiffs

12

v.

13

JOSEPH JOHN HERERRA, ALOHA
COUNCIL BOY SCOUTS OF

14

AMERICA, and BOY SCOUTS OF
AMERICA, INC.,

15

16

Defendants.

CIVIL ACTION NO. CV 03-0027

**MOTION TO WITHDRAW AS
COUNSEL**

17

         COMES NOW Danilo T. Aguilar, counsel of record for Defendant

18

Joeph John Herrera, and hereby requests for an order permitting withdrawal of

19

counsel. This motion is submitted pursuant to Rule 1.16(b)(6) of the Model Rules

20

of Professional Responsibility.

21

         This motion is supported by the attached declaration of counsel.

22

         Respectfully submitted this _1st_ day of December, 2005.

23

24

25

26

27

_____
DANILO T. AGUILAR, F0198
Attorney for Joseph John Herrera

28