Case 1:03-cv-00027  Document 49  Filed 12/01/2005  Page 1 of 2

FILED
Clerk
District Court

DEC - 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Wy.
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
    JOSEPH JOHN HERERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| MARIA HELLENA JEBEHN, | CIVIL ACTION NO. CV 03-0027 |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW** |
| JOSEPH JOHN HERRERA, ALOHA COUNCIL BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICA, INC., | |
| Defendants. | |

I, Danilo T. Aguilar, hereby declare;

1. I am an attorney licensed to practice before all courts of the CNMI. I have personal knowledge of the matters stated herein and would be competent to testify to them if called to do so.

2. I was retained by Defendant to represent him in the above-entitled matter.

3. On or about October, 2004 up until the present, I have no knowledge of the Defendant's whereabouts;

4. I tried all possible means of communication to contact him but based upon information and belief, Mr. Herrera has left the CNMI;

5. I have tried contacting several relatives of Mr. Herrera on island, however, no one seems to know where he is;

6. Despite my efforts to faithfully carry out my duties as counsel for Defendant, Defendant has acted in a way to render continued representation to be unreasonably difficult.

7. For the above reasons, I request the Court to permit Counsel's withdrawal from further representation of Defendant, pursuant to Rule 1.16(b)(6) of the Model Rules of Professional Conduct.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 30, 2005 at Saipan, Commonwealth of the Northern Mariana Islands.

_____
DANILO T. AGUILAR/F0198