FILED
Clerk
District Court

DEC - 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELENA JEBEHN, ) | Civil No. 03-0027 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | DANILO T. AGUILAR'S |
| JOSEPH JOHN HERRERA, *et al.*, ) | MOTION TO WITHDRAW |
| ) | AS ATTORNEY OF RECORD |
| Defendants ) | |
| ) | |

THE COURT has before it attorney Aguilar's motion to withdraw as counsel of record for defendant Joseph John Herrera. The file reflects that this matter was completely settled and dismissed as to all defendants except Herrera by order dated May 18, 2004. The file further reflects that all claims against defendant Herrera were dismissed with prejudice by order dated September 13, 2004. Accordingly, and based also on the representations of counsel,

AO 72
(Rev. 8/82)

IT IS ORDERED that attorney Danilo T. Aguilar be and hereby is allowed to withdraw as attorney of record for defendant Joseph John Herrera, effective immediately.

DATED this 1st day of December, 2005.

_____
ALEX R. MUNSON
Judge