ORIGINAL

FILED
Clerk
District Court

DEC 13 2005

For The Northern Mariana Islands
By________________
(Deputy Clerk)

**MICHAEL W. DOTTS, ESQ.**
**O'Connor Berman Dotts and Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, M.P. 96950-1969**
**Tel. No.: (670) 234-5684**
**Fax No.: (670) 234-5683**

**Attorneys for Plaintiff Maria Hellena Jebehn**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **MARIA HELLENA JEBEHN,**<br><br>**Plaintiff,**<br>**v.**<br><br>**JOSEPH JOHN HERRERA; ALOHA COUNCIL BOY SCOUTS OF AMERICA, INC.; and BOY SCOUTS OF AMERICA, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO.03-0027**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER GRANTING DANILO T. AGUILAR'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>**Date: February 9, 2006**<br>**Time: 9:00 a.m.**<br>**Judge: Alex R. Munson** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 9th day of February, 2006, at the hour of 9:00 a.m., Plaintiff Maria Hellena Jebehn will move this Court for reconsideration of the Order Granting Danilo T. Aguilar's Motion to Withdraw as Attorney of Record dated December 1, 2005, or in the alternative, to set the motion for hearing.

## MOTION

This Motion is made pursuant to Fed. R. Pro. 60(b)(6). The basis of this motion is that Plaintiff was entitled to be heard and have notice of counsel's motion to withdraw as counsel of

Defendant Herrera. Mr. Aguilar's notice of withdrawal was not set for hearing thereby depriving Plaintiff of the opportunity to be heard.

This motion is supported by the attached Memorandum, Declaration, Plaintiff's Motion to Enforce Settlement Agreement or in the alternative, Motion for Order to Show Cause, and the records and files in this case.

Respectfully submitted this 12 day of December, 2005.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By: ______________________
Michael W. Dotts
(F0150)