ORIGINAL

Clerk
District Court

DEC 1 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MICHAEL W. DOTTS, ESQ.
O'Connor Berman Dotts and Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, M.P. 96950-1969
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

Attorneys for Plaintiff Maria Hellena Jebehn

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN,<br><br>　　　　　　Plaintiff,<br>v.<br>JOSEPH JOHN HERRERA;<br>ALOHA COUNCIL BOY SCOUTS OF<br>AMERICA, INC.; and BOY SCOUTS<br>OF AMERICA, INC.,<br>　　　　　　Defendants. | CIVIL ACTION NO.03-0027<br><br>DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER GRANTING DANILO T. AGUILAR'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD<br><br>Date : February 9, 2006<br>Time : 9:00 a.m. |

I, Michael W. Dotts, declare as follows:

1.  I am an attorney licensed to practice in the Commonwealth of the Northern Mariana Islands. I represent Plaintiff Maria Hellena Jebehn in the above captioned matter. I make this declaration upon personal knowledge.

2.  On September 10, 2004, Plaintiff and Defendant Joseph John Herrera entered into a Settlement and Release. On September 13, 2004, the Court dismissed the action, but retained jurisdiction to enforce the terms of the Settlement if necessary.

3. A demand for payment dated November 17, 2005 was sent to Mr. Aguilar, Defendant Herrerra's counsel, whereby it was stated that if no payment was made by Herrerra, Plaintiff would be forced to enforce the settlement agreement with the Court. *See Exhibit A*.

4. Mr. Aguilar informed Plaintiff that Mr. Herrera had already left for the United States. He informed Plaintiff of his intent to withdraw but said he would file a motion so that Plaintiff's motion to enforce the settlement could be heard at the same time. Plaintiff was served notice of the motion to withdraw only after the Court had already granted the motion, to the prejudice of Plaintiff.

5. This Declaration supports Plaintiff's Motion for Reconsideration of Order Granting Danilo T. Aguilar's Motion to Withdraw as Attorney of Record.

I declare upon penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands and the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and that if called upon to testify, I could and would testify competently and in accordance herewith. Executed on Saipan, CNMI, this 12 day of December, 2005.

MICHAEL W. DOTTS
(F0150)

3016-01-051205-DeclMotionForReconsideration

# O'CONNOR BERMAN DOTTS & BANES
### ATTORNEYS AT LAW
### SAIPAN OFFICE

**SAIPAN OFFICE**
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969
Telephone: (670) 234-5684
Fax: (670) 234-5683
Email: attorneys@saipan.com

**HONOLULU OFFICE**
Suite 2800, Pacific Tower
Bishop Square, 1001 Bishop Street
Honolulu, Hawaii 96813-3580
Telephone: (808) 585-8858
Fax: (808) 599-4198
Email: Mark@Shklovlaw.com

**POHNPEI OFFICE**
Second Floor, Ace Commercial Bldg.
P.O. Box 1491
Kolonia, Pohnpei, FSM 96941
Telephone: (691) 320-2868
Fax: (691) 320-5450
Email: bermlaw@mail.fm

**GUAM OFFICE**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Fax: (671) 477-4366
Email: bermlaw@kuentos.guam.net

November 17, 2005

**Delivered by Hand**

Danilo T. Aguilar
1st floor San Jose Court Bldg.
P.O. Box 505301
Saipan, MP 96950

*Re: Jebehn v. Herrera*

Dear Mr. Aguilar:

Joseph John Herrera is not in compliance with the payment terms of the settlement. *See enclosed Summary of Payments.*

The Settlement Agreement entered on September 10, 2004 provides for a settlement amount of $21,000.00, payable in monthly installments of $350.00 due on the first business day of the month, plus 4.5 % interest per annum and a 10% late payment fee. However, Mr. Herrera's payments have been less than $350.00 a month since March 14, 2005 to the present. In addition, many of his payments were late. As of November 17, 2005, the amount in arrears is $1,075.00.

Demand is hereby made for the sum of $1,075.00. Please have your client make payment to this office within 30 days from the date of this notice. Otherwise, we will be forced to enforce the terms of the settlement agreement in the District Court.

Thank you for your anticipated cooperation. If you have any questions, please feel free to contact me.

Sincerely,

Michael W. Dotts

3016-02-051117-Let-JHerrera.DAguilar.Demand

**Exhibit "A"**