ORIGINAL

Case 1:03-cv-00027   Document 54   Filed 12/13/2005   Page 1 of 3

Clerk
District Court

DEC 1 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MICHAEL W. DOTTS, ESQ.
O=Connor Berman Dotts and Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, M.P. 96950-1969
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

Attorneys for Plaintiff Maria Hellena Jebehn

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH JOHN HERRERA; ALOHA COUNCIL BOY SCOUTS OF AMERICA, INC.; and BOY SCOUTS OF AMERICA, INC., <br><br> Defendants. | CIVIL ACTION NO.03-0027 <br><br> MOTION TO ENFORCE SETTLEMENT AGREEMENT OR IN THE ALTERNATIVE, MOTION FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT JOSEPH JOHN HERRERA <br><br> Date : February 9, 2006 <br> Time : 9:00 a.m. <br> Judge: Alex R. Munson |

Comes now Maria Hellena Jebehn, Plaintiff in the above captioned matter, through counsel, and hereby moves the Court, for an Order enforcing the terms of the Settlement and Release entered into in this matter with Defendant Joseph John Herrera. Alternatively, Plaintiff moves the Court for an order to show cause why Defendant Joseph John Herrera should not be held in contempt of Court for failing to make the payments he agreed to make under the September 10, 2004 Settlement and Release.

In support of this motion, Plaintiff shows the court the following:

1.  On September 10, 2004, Plaintiff and Defendant Joseph John Herrera entered into

a Settlement and Release. On September 13, 2004, the Court dismissed the action, but retained jurisdiction to enforce the terms of the Agreement if necessary. *See Stipulated Dismissal With Prejudice and Order of Dismissal entered in this matter on September 13, 2004.*

2.   The Agreement provided that the parties shall maintain the fact of settlement or its terms in strict confidence, except by order of the Court or as necessary to obtain the Court's enforcement of the terms of the Agreement.

3.   The Agreement also provided that Defendant would pay the sum of $21,000.00 to Plaintiff, payable in monthly installments of $350.00 due on the first business day of the month, plus 4.5 % interest per annum and a 10% late payment fee.

4.   The Agreement further provided that failure to make a monthly payment within 30 days of the due date shall constitute a material breach of the Agreement and the remaining balance shall become immediately due and payable, without the need for further demand.

5.   Notwithstanding the terms of the Agreement, Defendant's payments have been less than $350.00 a month since March 14, 2005 to the present. In addition, many of his payments were late. Defendant is now in arrears in the amount of $1,075.00. As of November 16, 2005, the total amount due is $18,276.04 including principal, 4.5 % interest and 10% late fee. *See Summary of Payments attached to the Declaration of Michael W. Dotts.*

6.   Accordingly, Plaintiff hereby seeks the aid of the Court in enforcing the terms of

1  the Settlement or in the alternative, for an order to show cause why Defendant Herrera should
2  not be held in contempt of Court for failing to make the payments he agreed to make under the
3  Settlement.

5  Respectfully submitted this _12_ day of December, 2005.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By: _____
Michael W. Dotts
(F0150)

3016-01-051205-MotionEnforceSettlement.OrderShowCause