**ORIGINAL**

FILED
Clerk
District Court

DEC 13 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MICHAEL W. DOTTS, ESQ.
   O=Connor Berman Dotts and Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, M.P. 96950-1969
   Tel. No.: (670) 234-5684
4  Fax No.: (670) 234-5683

5  **Attorneys for Plaintiff Maria Hellena Jebehn**

6

7  IN THE UNITED STATES DISTRICT COURT
   FOR THE
   NORTHERN MARIANA ISLANDS

8

| | | |
|---|---|---|
| MARIA HELLENA JEBEHN, | ) | CIVIL ACTION NO.03-0027 |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION |
| v. | ) | TO ENFORCE SETTLEMENT |
| | ) | AGREEMENT OR IN THE |
| JOSEPH JOHN HERRERA; | ) | ALTERNATIVE, MOTION FOR |
| ALOHA COUNCIL BOY SCOUTS OF | ) | AN ORDER TO SHOW CAUSE |
| AMERICA, INC.; and BOY SCOUTS | ) | AGAINST DEFENDANT |
| OF AMERICA, INC., | ) | JOSEPH JOHN HERRERA |
| | ) | |
| Defendants. | ) | Date : February 9, 2006 |
| | ) | Time : 9:00 a.m. |

15  **TO:   DEFENDANT JOSEPH JOHN HERRERA AND HIS COUNSEL OF RECORD**

16

17       **PLEASE TAKE NOTICE** that on the date and at the time entered above, at the District

18  Court, located on the first floor of the Horiguchi Building, Garapan, Saipan, CNMI, Plaintiff

19  Maria Hellena Jebehn's Motion To Enforce Settlement Agreement or in the alternative, Motion

20  for Order to Show Cause Against Defendant Joseph John Herrera will come before the court for

    hearing.

21

22       Dated this _____ day of December, 2005.

23

24                                              O'CONNOR BERMAN DOTTS & BANES
                                                Attorneys for Plaintiff
25

26                                              By: _____
                                                     Michael W. Dotts
27                                                   (F0150)

28

3016-01-051202-NoticeMotionEnforceSettlement