```
                                              FILED
                                                Clerk
                                             District Court

                                            DEC 1 4 2005
```

MICHAEL W. DOTTS, ESQ.
O'Connor Berman Dotts and Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, M.P. 96950-1969
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

Attorneys for Plaintiff Maria Hellena Jebehn

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN,<br><br>      Plaintiff,<br><br>v.<br><br>JOSEPH JOHN HERRERA;<br>ALOHA COUNCIL BOY SCOUTS OF<br>AMERICA, INC.; and BOY SCOUTS<br>OF AMERICA, INC.,<br><br>      Defendants. | CIVIL ACTION NO.03-0027<br><br><br><br><br><br>CERTIFICATE OF SERVICE |

Pursuant to Com. R. App. P. 25(d), I hereby certify that a copy of the foregoing:

1. **PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION OF ORDER GRANTING DANILO T. AGUILAR'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD;**

2. **DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER GRANTING DANILO T. AGUILAR'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD; and**

3. **MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER GRANTING DANILO T. AGUILAR'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

were by me or at my direction caused to be served on December 13, 2005 by hand delivery on:

    1.    Danilo T. Aguilar, Esq.
           Attorney for Defendant Joseph John Herrera
           1/F San Jose Court Building
           P.O. Box 505301
           Garapan, Saipan, CNMI

and by mail on:

    2.    Joseph J. Herrera
           P.O. Box 22081
           Barrigada, Guam 96921

Dated this 13th day of December, 2005.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Maria Hellena Jebehn

By: _____
Michael W. Dotts (F0150)

K:\Jude\CERTIFICATE OF SERVICE\3016-01-051213-CS-Aguilar2-jom.doc