```
FILED
   Clerk
District Court

DEC 14 2005

For The Northern Mariana Islands
By_____
          (Deputy Clerk)
```

1  **MICHAEL W. DOTTS, ESQ.**
   O'Connor Berman Dotts and Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, M.P. 96950-1969
   Tel. No.: (670) 234-5684
4  Fax No.: (670) 234-5683

5  Attorneys for Plaintiff Maria Hellena Jebehn

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN, | CIVIL ACTION NO.03-0027 |
| Plaintiff, | |
| v. | |
| JOSEPH JOHN HERRERA; ALOHA COUNCIL BOY SCOUTS OF AMERICA, INC.; and BOY SCOUTS OF AMERICA, INC., | CERTIFICATE OF SERVICE |
| Defendants. | |

Pursuant to Com. R. App. P. 25(d), I hereby certify that a copy of the foregoing:

1. **NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT OR IN THE ALTERNATIVE, MOTION FOR AN ORDER TO SHOW CAUSE AGAINST DEFENDANT JOSEPH JOHN HERRERA;**

2. **MOTION TO ENFORCE SETTLEMENT AGREEMENT OR IN THE ALTERNATIVE, MOTION FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT JOSEPH JOHN HERRERA; and**

3. **DECLARATION OF MICHAEL W. DOTTS IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT OR IN THE ALTERNATIVE, MOTION FOR AN ORDER TO SHOW CAUSE AGAINST DEFENDANT JOSEPH JOHN HERRERA**

1
2   were by me or at my direction caused to be served on December 13, 2005 by hand delivery on:

3         1.    Danilo T. Aguilar, Esq.
                Attorney for Defendant Joseph John Herrera
4               1/F San Jose Court Building
                P.O. Box 505301
5               Garapan, Saipan, CNMI

6   and by mail on:

7         2.    Joseph J. Herrera
                P.O. Box 22081
8               Barrigada, Guam 96921

9

10
    Dated this 13th day of December, 2005.
11

12

13                                    O'CONNOR BERMAN DOTTS & BANES
                                      Attorneys for Maria Hellena Jebehn
14

15
                                      By: _____
16
                                          Michael W. Dotts (F0150)
17

18

19

20

21

22

23

24

25

26

27

28  K:\Jude\CERTIFICATE OF SERVICE\3016-01-051213-CS-Aguilar-jom.doc