FILED
Clerk
District Court

FEB -9 2006

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CV-03-0027                                              February 9, 2006
                                                        9:10 a.m.

**Maria Hellena Jebehn -vs- Joseph John Herrera, et al**

PRESENT:    Hon. Alex R. Munson. Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Michael Dotts, Attorney for Defendant

PROCEEDINGS:   Motion for Reconsideration/ Motion to Enforce Settlement

   Plaintiff was represented in court by Attorney Michael Dotts.

   Attorney Dotts advised the Court as to the status of the case.

   Attorney Dotts made a motion for publication for three weeks. Court granted the motion.

   Motion to reconsider was denied.

                                         Adjourned 9:15 a.m.

                                         K. Lynn Lemieux, Courtroom Deputy