FILED
Clerk
District Court

FEB 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN, ) | CIVIL ACTION NO.03-0027 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JOSEPH JOHN HERRERA; ) | ORDER |
| ALOHA COUNCIL BOY SCOUTS OF ) | |
| AMERICA, INC.; and BOY SCOUTS ) | |
| OF AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

    This matter came on for hearing on February 9, 2006 on Plaintiff's Motion to Enforce Settlement Agreement or in the Alternative, Motion for Order to Show Cause against Defendant Joseph John Herrerra and Plaintiff's Motion for Reconsideration of Order Granting Danilo T. Aguilar's Motion to Withdraw as Attorney of Record.

    Plaintiff Maria Hellena Jebehn was not present but was represented by her counsel, Michael W. Dotts. Defendant Joseph John Herrerra was not present and was not represented by counsel.

//

The Court, based on the pleadings and papers on file in this matter and the applicable law, ORDERED as follows from the bench:

1.  Plaintiff's Motion for Reconsideration of Order Granting Danilo T. Aguilar's Motion to Withdraw as Attorney of Record is DENIED.

2.  Plaintiff's Motion to Serve Joseph Herrera by Publication, made orally during the hearing, is GRANTED. Plaintiff shall refile her Motion to Enforce Settlement Agreement or in the Alternative, Motion for Order to Show Cause as a Motion for An Order in Aid of Judgment. Plaintiff shall cause to be published a copy of the Notice of Motion for An Order in Aid of Judgment in at least one newspaper of general circulation in the Commonwealth of the Northern Mariana Islands and in one newspaper of general circulation in Portland, Oregon. Publication shall be made once each week for three successive weeks prior to the date of the hearing.

IT IS SO ORDERED.

Dated this 13th day of February, 2006.

Judge Alex R. Munson

RECEIVED

FEB 13 2006

Clerk
District Court
Northern Mariana

K:\3000\3016-01 Jebehn\PL\draft\3016-01-060210-Order.doc