**ORIGINAL**

MICHAEL W. DOTTS, ESQ.
O'Connor Berman Dotts and Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, M.P. 96950-1969
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

F I L E D
Clerk
District Court

FEB 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Attorneys for Plaintiff Maria Hellena Jebehn*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>JOSEPH JOHN HERRERA; )<br>ALOHA COUNCIL BOY SCOUTS OF )<br>AMERICA, INC.; and BOY SCOUTS )<br>OF AMERICA, INC., )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.03-0027<br><br>DECLARATION IN SUPPORT<br>OF MOTION FOR AN ORDER<br>IN AID OF JUDGMENT<br>AGAINST DEFENDANT<br>JOSEPH JOHN HERRERA<br><br>Date: April 6, 2006<br>Time: 9:00 a.m. |

I, Michael W. Dotts, declare and state under penalty of perjury, as follows:

1. I am an attorney licensed to practice in the Commonwealth of the Northern Mariana Islands. I represent Plaintiff Maria Hellena Jebehn in the above captioned matter. I make this declaration upon personal knowledge.

2. On September 10, 2004, Plaintiff and Defendant Joseph John Herrera entered into a Settlement and Release ("The Agreement"). Attached hereto as Exhibit "A" is a true and correct copy of the ("Agreement").

1

3. On September 13, 2004, the Court dismissed the action, but retained jurisdiction to enforce the terms of the Agreement if necessary.

4. The Agreement provided that the parties shall maintain the fact of settlement and its terms in strict confidence, except by order of the Court or as necessary to obtain the Court's enforcement of the terms of the Agreement.

5. The Agreement also provided that Defendant would pay the sum of $21,000.00 to Plaintiff, payable in monthly installments of $350.00 due on the first business day of the month, plus 4.5 % interest per annum and a 10% late payment fee.

6. The Agreement further provided that failure to make a monthly payment within 30 days of the due date shall constitute a material breach of the Agreement and the remaining balance shall become immediately due and payable, without the need for further demand.

7. Notwithstanding the terms of the Agreement, Defendant's payments have been less than $350.00 a month since March 14, 2005 to the present. In addition, some payments were not made and others paid late. Defendant is now in arrears in the amount of $1,925.00. The total amount due as of February 14, 2006 is $18,289.02 including principal, 4.5 % interest and 10% late fee. Attached hereto as Exhibit "B" is a true and correct Summary of Payments and Amounts Due.

8. Defendant knew when and how payments were supposed to be made. Since Defendant refused and failed to make timely payments under the Agreement, the remaining balance of $18,289.02 is now due and payable.

9. Plaintiff has incurred attorney fees and costs in bringing this motion.

10. This Declaration supports Plaintiff's Motion for an Order in Aid of Judgment against Defendant Herrera in this matter.

I declare upon penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands and the United States of America that the foregoing is true and correct to the best of my knowledge and belief, is based upon my personal knowledge, except where otherwise stated, and that if called upon to testify, I could and would testify competently and in accordance herewith.

Executed in Saipan, CNMI, this 22 day of February, 2006.

Michael W. Dotts

3016-01-060213-DeclOrderAidJudgment.abs

Jebehn v Herrera/BSP
Summary of Payments

| Balance | Interest Rate | #Days Lapsed | Date | Interest | Late Fee 10% | Payment | Balance | OR# |
|---|---|---|---|---|---|---|---|---|
| 21,000.00 | | | 09/01/04 | | | | 21,000.00 | |
| 21,000.00 | 4.5% | 30 | 10/01/04 | 77.67 | | 350.00 | 20,727.67 | 3627 |
| 20,727.67 | 4.5% | 34 | 11/04/04 | 86.89 | 3.50 | 350.00 | 20,468.06 | 3717 |
| 20,468.06 | 4.5% | 29 | 12/03/04 | 73.18 | 3.50 | 350.00 | 20,194.74 | 3765 |
| 20,194.74 | 4.5% | 38 | 01/10/05 | 94.61 | 3.50 | 350.00 | 19,942.85 | 3829 |
| 19,942.85 | 4.5% | 28 | 02/07/05 | 68.84 | 3.50 | 350.00 | 19,665.19 | 3872 |
| 19,665.19 | 4.5% | 35 | 03/14/05 | 84.86 | 3.50 | 300.00 | 19,453.55 | 3955 |
| 19,453.55 | 4.5% | 24 | 04/07/05 | 57.56 | 3.50 | 300.00 | 19,214.61 | 4003 |
| 19,214.61 | 4.5% | 32 | 05/09/05 | 75.81 | 3.50 | 300.00 | 18,993.92 | 4075 |
| 18,993.92 | 4.5% | 30 | 06/08/05 | 70.25 | 3.50 | 300.00 | 18,767.67 | 4154 |
| 18,767.67 | 4.5% | 31 | 07/09/05 | 71.73 | 3.50 | 300.00 | 18,542.90 | 4230 |
| 18,542.90 | 4.5% | 33 | 08/11/05 | 75.44 | 3.50 | 275.00 | 18,346.84 | 4289 |
| 18,346.84 | 4.5% | 32 | 09/12/05 | 72.38 | 3.50 | 150.00 | 18,272.72 | 4338 |
| 18,272.72 | 4.5% | 31 | 10/13/05 | 69.84 | 3.50 | 100.00 | 18,246.06 | 4397 |
| 18,246.06 | 4.5% | 39 | 11/21/05 | 87.73 | 3.50 | 100.00 | 18,237.29 | 4470 |
| 18,237.29 | 4.5% | 21 | 12/12/05 | 47.22 | 3.50 | 50.00 | 18,238.00 | 4513 |
| 18,238.00 | 4.5% | 32 | 01/13/06 | 71.95 | 3.50 | 50.00 | 18,263.46 | 4584 |
| 18,263.46 | 4.5% | 27 | 02/09/06 | 60.79 | 3.50 | 50.00 | 18,277.75 | 4648 |
| 18,277.75 | 4.5% | 5 | 02/14/06 | 11.27 | - | - | 18,289.02 | |
| | | | | $ 1,258.02 | $ 56.00 | $ 4,025.00 | | |

**Scheduled Monthly Payment**

| | | |
|---|---|---|
| October, 2004 | $ 350.00 | |
| November, 2004 | 350.00 | |
| December, 2004 | 350.00 | |
| January, 2005 | 350.00 | |
| February, 2005 | 350.00 | |
| March, 2005 | 350.00 | |
| April, 2005 | 350.00 | |
| May, 2005 | 350.00 | |
| June, 2005 | 350.00 | |
| July, 2005 | 350.00 | |
| August, 2005 | 350.00 | |
| September, 2005 | 350.00 | |
| October, 2005 | 350.00 | |
| November, 2005 | 350.00 | |
| December, 2005 | 350.00 | |
| January, 2006 | 350.00 | |
| February, 2006 | 350.00 | 5,950.00 |

**Amount in Arrears**  $ 1,925.00

Exh "A"