ORIGINAL

Clerk
District Court

FEB 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MICHAEL W. DOTTS, ESQ.
O'Connor Berman Dotts and Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, M.P. 96950-1969
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

Attorneys for Plaintiff Maria Hellena Jebehn

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN, ) | CIVIL ACTION NO.03-0027 |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF MOTION |
| ) | FOR AN ORDER IN AID |
| v. ) | OF JUDGMENT AGAINST |
| ) | DEFENDANT JOSEPH |
| ) | JOHN HERRERA |
| JOSEPH JOHN HERRERA; ) | |
| ALOHA COUNCIL BOY SCOUTS OF ) | |
| AMERICA, INC.; and BOY SCOUTS ) | Date: April 6, 2006 |
| OF AMERICA, INC., ) | Time: 9:00 a.m. |
| ) | |
| Defendants. ) | |
| ) | |

TO: DEFENDANT JOSEPH JOHN HERRERA

**PLEASE TAKE NOTICE** that on the date and at the time entered above, at the District Court, located on the first floor of the Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiff Maria Hellena Jebehn's Motion for an Order in Aid of Judgment Against Defendant Joseph John Herrera will come before the Court for hearing.

Respectfully submitted this 22 day of February, 2006.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By: _____
Michael W. Dotts
(F0150)

3016-01-060213-NoticeMotionOrderAidJudgment.abs