F I L E D
Clerk
District Court

MAR 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**MICHAEL W. DOTTS, ESQ.**
O'Connor Berman Dotts and Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, M.P. 96950-1969
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

*Attorneys for Plaintiff Maria Hellena Jebehn*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN, ) | CIVIL ACTION NO.03-0027 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF PUBLICATION |
| ) | |
| JOSEPH JOHN HERRERA; ) | |
| ALOHA COUNCIL BOY SCOUTS OF ) | |
| AMERICA, INC.; and BOY SCOUTS ) | |
| OF AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

    I, AURALOU B. SABANGAN, declare under penalty of perjury, that I caused the publication of the Notice of Motion for an Order in Aid of Judgment Against Defendant Joseph John Herrera on the March 1, 2006, March 7, 2006 and March 14, 2006 issues of the Marianas Variety News and Views.  See Exhibit "A."

    This declaration is made at Saipan, Commonwealth of the Northern Mariana Islands this 15th day of March, 2006.

                                                                         _____
                                                                          Auralou B. Sabangan

3016-01-060315-ProofPublication.abs

EXH. "A"

**MARIANAS VARIETY NEWS AND VIEWS - WEDNESDAY - MARCH 1, 2006** | **Sports**

### LOST PASSPORT
NAME: TANG, YUEXIN
DATE OF BIRTH: OCT. 11, 1970
PASSPORT NO.: P CHN G15157161
IF FOUND PLS. CALL 483-3302

### Healthcare Specialties
### In Need Of
Delivery/
Medical Equipment/
Collection

Please Call 322-2783

### WANTED
HOUSEWORKER
(LIVE-IN)
For inquiries call 322-6183

### HOUSE FOR SALE OR LEASE
(55 years) Chalan Kiya Area
3 Bedroom, 2 Bathroom
Lot size 647 sqm.
Price: $120,000
(Price Reduced For Quick Sale)
Call 483-2254/ 233-1190
Serious inquiries only

### CAR FOR SALE
$3,500
1996 TOYOTA CAMRY 4DSN,
WHITE, 100K, MLS. A/C, A/T,
AM/FM Radio. Good Running
Please call 483-5833

### HAWAII JOBS
Continuous Recruitment!!!
Certified Nurse Assistants/Caregivers
Experienced, Reliable & Compassionate
Wages from $8.00/hr. to $12.00/hr.

### LOST PASSPORT
NAME: MD. ATAUR RAHMAN
DATE OF BIRTH: JAN 15, 1966
PASSPORT NO.: Q 0317995
IF FOUND PLS. CALL 287-4497

### LAND FOR SALE
Rota's breath taking
5K s.m. Oceanview Cliff,
Land only, $20K
with utilities.
Call Joe @ (670) 532-6372

### ONE BEDROOM
APARTMENT FOR RENT
•Fully furnished •24 hours water
• Yard maintenance
and trash collection included
• Safe & secure area
For inquiries call 235-3864/288-7525

### COMPUTER REPAIR
FREE ESTIMATE  Only $25
On Minor Service
WE ALSO DO PROGRAMMING, NETWORKING/
COMPUTER ACCOUNTING
CALVATRON
Call 233-5641 • 233-6172
Open 7 days a week 9AM to 9PM
WE BUY & SELL
USED MONITORS

HOUSE FOR SALE: QUIET HILLSIDE
NEIGHBORHOOD BY COLLEGE. 3-BR,
2-BATH, 1,300 S.F. STRUCTURE, 994-
TREES,
RCON,
ES
&
POWER. $130,000 PRICE INCLUDES
2-ST EXTNSN DESIGN. CALL 483-7682.

Located next to CDA Office
Middle Road Gualo Rai
483-1269

### LEAVING ISLAND SALE

### Looking for a HOUSE for RENT
$550/MONTH
INCLUDING UTILITIES. MUST BE
LOCATED AT NORTH SIDE OF
SAN ROQUE, OCEANVIEW
PLS. CALL MORITA, TEL. 287-6071

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLAND

MARIA HELLENA JEBEHN,
Plaintiff,
v
JOSEPH JOHN HERRERA; ALOHA
COUNCIL BOY SCOUTS OF AMERICA,
INC. and BOY SCOUTS OF AMERICA, IN
Defendants.

CIVIL ACTION NO. 03-0027

NOTICE OF MOTION FOR AN ORDER IN
AID OF JUDGMENT AGAINST
DEFENDANT JOSEPH JOHN HERRERA

Date: April 6, 2006
Time: 9:00 a.m.

TO: DEFENDANT JOSEPH JOHN HERRER

PLEASE TAKE NOTICE that on the date
and at the time entered above, at the District
Court, located on the first floor of the Horiguchi
Building, Garapan, Saipan, Commonwealth of
the Northern Mariana Islands, Plaintiff Mari
Hellena Jebehn's Motion for an Order in Aid of
Judgment Against Defendant Joseph Joh
Herrera will come before the Court for hearing

Respectfully submitted this 22nd day of
February, 2006.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By: /s/ Michael W. Dotts
(F0150)

IN THE SUPERIOR COURT OF THE
COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS

DOLORES SAN NICOLAS ANTILLER,
Petitioner,
vs.
LUDY AMADO ANTILLER, Respondent

FCD Civil No. 06-0068

SUMMONS

O: LUDY AMADO ANTILLER



Japan's gold medal figure skater Shizuka Arakawa is carried
teammates during the closing ceremony at the Torino 2006
Olympic Games in Turin, Italy, Sunday.                           RE

## Arakawa steals show fro
## Russians in Winter Gam

**TURIN (Reuters)** — The all-conquering Russians had strutted into the Turin Olympics ready to etch their names into the record books. A meek Japanese woman tripped them up.

Irina Slutskaya was expected to

scoring system introduced fo
ing the Salt Lake City pairs
ing scandal.
   Three-times world and five-
European champion Yev
Plushenko did not even ha
wait until the free skate to lea

**MARIANAS VARIETY NEWS AND VIEWS - TUESDAY - MARCH 7, 2006**                                                                           Sports

Please call
234-3751 (bet. 8:00a.m.-4:00p.m.)
234-1297 (bet. 6:00a.m.-10:00a.m.)

**Wanted Immediately**
AUTO BODY REPAIRER
AUTO MECHANIC
Consensual Transfer, Permit Expiration
Transfer, TWA On Island Hires
S.M. AUTO SHOP
Tel. No. 483-8883/288-0540

**LOST PASSPORT**
NAME: LIN XUESONG
DATE OF BIRTH: FEB. 20, 1977
PASSPORT NO.: P CHN 149235673
IF FOUND PLS. CALL 287-9979

**WANTED**
FRONT DESK CLERK
FOR IMMEDIATE HIRING
PICK UP APPLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

MARIA HELLENA JEBEHN,
Plaintiff,
v.
JOSEPH JOHN HERRERA; ALOHA
COUNCIL BOY SCOUTS OF AMERICA,
INC. and BOY SCOUTS OF AMERICA, INC
Defendants.

CIVIL ACTION NO. 03-0027

NOTICE OF MOTION FOR AN ORDER IN
AID OF JUDGMENT AGAINST
DEFENDANT JOSEPH JOHN HERRERA

Date: April 6, 2006
Time: 9:00 a.m.

TO: DEFENDANT JOSEPH JOHN HERRERA

PLEASE TAKE NOTICE that on the date and at the time entered above, at the District Court, located on the first floor of the Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiff Maria Hellena Jebehn's Motion for an Order in Aid of Judgment Against Defendant Joseph John Herrera will come before the Court for hearing.

Respectfully submitted this 22nd day of February, 2006.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By: /s/ Michael W. Dotts
(F0150)

---

IN THE SUPERIOR COURT FOR THE
COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS

OLIVIA F. KITAO,
Petitioner,

versus

YOICHI KITAO,
Respondent.

FCD AN CIVIL ACTION NO. 05-0543
**AMENDED SUMMONS**

TO THE ABOVE-NAMED RESPONDENT:

YOU ARE HEREBY SUMMONED and notified to file any answer you wish to make to the Verified Amended Petition for Annulment of Marriage or Alternatively for Decree of Divorce which is given you herewith, within thirty (30) days after service of this Amended Summons upon you.
YOUR ANSWER SHOULD BE IN WRITING and filed with the Clerk of Court, Guma' Hustisia, limwal Aweewe, House of Justice, P.O. Box 500307, Saipan, MP 96950 and served upon petitioner's counsel, Atty. Joe Hill, P.O. Box 500917, Susupe, Saipan, MP 96950. It may be prepared and signed for you by your counsel and sent to the Clerk of this Court by messenger or mail. It is not necessary for you to appear personally until further notice.
If you fail to file an answer in accordance

cal promoters of the global tourney are downplaying security precautions over possible defections

Located next to CDA Office
Middle Road Gualo Rai
483-1269

**HOUSE FOR SALE:** QUIET HILLSIDE NEIGHBORHOOD BY COLLEGE. 3-BR, 2-BATH, 1,300 S.F. STRUCTURE, 994-S.M. LAND. NICE VIEWS, YARD, TREES, DECK, CARPORT, WATER TANK, AIRCON, APPLIANCES & FURNISHINGS. SVES SCHOOL DISTRICT. GOOD WATER & POWER. $130,000 PRICE INCLUDES 2-ST EXTNSN DESIGN. CALL 483-7682.

# Possible Cuban defection hang over world baseba[ll]

in Havana, on Feb. 17, 2006. The Cuban team will travel to Puerto Rico for the first phase of the World Cup which started on March 3, and for the first time will include professional players from leagues.

from the Olympic champs, stung by high-profile departures in the past, including those of Orlando "El Duque" Hernandez and Jose Contreras.

But history and the very presence of the Cuban team in Puerto Rico this week keeps the door open to defections from the communist-ruled island. The worst mass defection came in 1993 in Puerto Rico, during the Central American and Caribbean Games, when 39 athletes and trainers jumped ship.

"We will give all the support to anyone (who defects)," said Miguel Angel Martinez, president of the local chapter of the Cuban American National Foundation, a leading Cuba exile group. "We will support them legally and in every facet."

Participation in the inaugural World Baseball Classic, which brings together national squads from 16 leading baseball countries, is a risky road trip for Cuba, which has suffered a constant drain of sports talent from defections.

Major League baseball scouts will be watching the Cuban national team closely, hoping to lure top players with million-dollar contracts.

The Cubans will take to the same field as dozens of Major League

Cuban exile hard-lin[ers] ami, opposed to Presi[dent] Castro, have urged pla[yers to de]fect during the tourney.

The Cubans and the [other] teams in Pool C — Pan[ama, Neth]erlands and Puerto Ri[co — are] staying at the El San J[uan Hotel.] The Cubans are in a se[parate area] of the hotel, but Dan [Mullin, se]nior security manager [for Major] League Baseball, said [he knew] how it worked out.

"The Cubans have [been very] good to work with," sa[id Mullin.] "They haven't asked fo[r anything] special."

The president of the C[uban base]ball federation, Carlos [Rodriguez,] said there was no need [for extraor]dinary security measur[es. "It is] like any other event. [We are] "There is no need" for [special ar]rangements.

Mullin said security c[onsists of] as reviewing travel r[outes,] briefings and bomb sw[eeps, a] routine for an event of [this size.]

Cuba plays its firs[t game] Wednesday against P[anama] as one of the tourname[nt favorites] is expected to make it t[o the second] round. That would k[eep the] players on the island [until March] 15.

Martinez said he c[ouldn't say] whether there will be

## MARIANAS VARIETY NEWS AND VIEWS - TUESDAY - MARCH 14, 2006 — Sports

Food: Employee provided; Medical and worker's compensation employer provided.
Contact: CORAZON J. TACADENA dba S.Mart Tel. 235-7964(3/28)T51471

01 DRAFTER- Salary: $3.05 per hour. Housing: Free; Food: Employee Provided; Medical and worker's compensation employer provided.
01 PAINTER- Salary: $3.05 per hour. Housing: Free; Food: Employee Provided; Medical and worker's compensation employer provided.
01 PAINTER- Salary: $3.05 per hour. Housing: Free; Food: Employee Provided; Medical and worker's compensation employer provided.
01 DRESSMAKER- Salary: $3.05 per hour. Housing: Free; Food: Employee Provided; Medical and worker's compensation employer provided.
Contact: JESSIE A. ARIZALA dba System Services Co.,Tel. 234-5334(3/28)T51472

01 COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: employee provided; Food: Employee provided; Medical and worker's compensation employer provided.
Contact: NATASHA CASTRO dba Janitorial/Cleaning Services Tel. 233-3924(3/28)T51470

---

PLEASE CALL 234-5151

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

MARIA HELLENA JEBEHN,
Plaintiff,
v.
JOSEPH JOHN HERRERA; ALOHA COUNCIL BOY SCOUTS OF AMERICA, INC. and BOY SCOUTS OF AMERICA, INC.
Defendants.

CIVIL ACTION NO. 03-0027

NOTICE OF MOTION FOR AN ORDER IN AID OF JUDGMENT AGAINST DEFENDANT JOSEPH JOHN HERRERA

Date: April 6, 2006
Time: 9:00 a.m.

TO: DEFENDANT JOSEPH JOHN HERRERA

PLEASE TAKE NOTICE that on the date and at the time entered above, at the District Court, located on the first floor of the Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiff Maria Hellena Jebehn's Motion for an Order in Aid of Judgment Against Defendant Joseph John Herrera will come before the Court for hearing.

Respectfully submitted this 22nd day of February, 2006

O CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By: /s/ Michael W. Dotts
(F0100)

---

**Procurement And Supply
CNMI Government
REQUEST FOR PROPOSALS**
RFP: RFP06-DLNR-049
SUBMISSION DATE: MARCH 31, 2006  TIME: 10:00 A.M.
"CONSULTANT TO WRITE A MANAGEMENT PLAN FOR CONSERVATION AREAS ON LDLIFE"

COPIES OF THE SCOPE OF WORK MAY BE OBTAINED AT THE OFFICE OF THE DIRECTOR OF PROCUREMENT AND SUPPLY IN LOWERBASE DURING REGULAR WORKING HOURS. INTERESTED PROPOSERS MAY SUBMIT QUESTIONS OR INQUIRIES REGARDING THIS RFP, IN WRITING, NO LATER THAN 4:30 P.M. LOCAL TIME ON MARCH 23, 2006 TO GAYLE BERGER, BY FAX TO (670) 664-6060, OR BY E-MAIL TO gayle.berger@gmail.com.

PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI REGULATIONS AND MUST BE SUBMITTED WITH THE PROPOSAL IF PREFERENCE IS CLAIMED.

/s/ DR. IGNACIO T. DELA CRUZ, DVM                    /s/ HERMAN S. SABLAN
SECRETARY, OF DLNR                                                    DIRECTOR, P & S

---

**Procurement And Supply
CNMI Government
REQUEST FOR PROPOSALS**
RFP: RFP06-CRM-044
SUBMISSION DATE: APRIL 17, 2006  TIME: 4:00 P.M.

---

big forehands.

But the 12th seeded Blake quickly turned things around in the second set, serving with more authority, returning better and delivering some huge forehands of his own.

"Sam played unbelievable in the first set," the 26-year-old Blake said. "He was serving big and I don't think he missed too many forehands. His backhand was more solid than I'd expected after practicing with him a lot in December.

"But I'm happy I did a good job of not getting down on myself and not panicking."

Blake will face the winner of Tommy Robredo and Kenneth Carlsen.

Olympic gold medalist Nicolas Massu of Chile won his first round match 6-1 5-7 7-6 over Agustin Calleri of Argentina and will face top seed Roger Federer in the second round.

British veteran Greg Rusedski's early season troubles continued when he fell 6-2 6-4 to Stanislas Wawrinka of Switzerland.

Justin Gimelstob o beat Feliciano Lopez ( 5 6-3 and will take ( four David Nalbandiar tina.


Kenenisa Bekele, front, of Ethiopia and Eliud Kipchoge, righ compete during the 3000 meters finals at the World Indoc Championships in Moscow March 12, 2006. Bekele won . seven minutes 39.32 seconds. Kipchoge came third.

# Donald seals second PGA Tour

**MIAMI (Reuters)** — Britain's Luke Donald held his nerve to clinch a second PGA Tour title with a two-shot victory in the Honda Classic at Palm Beach Gardens, Florida on Sunday.

The 28-year-old Englishman birdied the last after striking a superb five-iron approach to just four feet, closing with a three-under-par 69 on the Sunrise Course at the Country Club at Mirasol.

Despite struggling with his putter for much of a blustery day, Donald was in prime form from

Tour.

Six-times major champion Faldo clinched nine titles and Jacklin four.

"It's nice to be back in the winner's circle on this tour again after a four-year break," Donald added, referring to his breakthrough triumph at the 2002 Southern Farm Bureau Classic.

"I'm very excited right now. I was pretty proud of the way I finished today, and finished the job off.

"There were a lot of emotions in

hitting a poor wedge after a perfect drive be ing a five-footer to sa\

American Jeff Gov( the PGA Tour this sea three-year absence, ( with Donald after mak on six and nine.

Gove held the out when Donald bog horseshoeing out with from just three feet. -

But Gove bogeyed tl 13th after missing the his approach and dro