F I L E D
Clerk
District Court

MAR 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**MICHAEL W. DOTTS, ESQ.**
O'Connor Berman Dotts and Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, M.P. 96950-1969
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

*Attorneys for Plaintiff Maria Hellena Jebehn*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN, ) | CIVIL ACTION NO. 03-0027 |
| Plaintiff, ) | |
| v. ) | PROOF OF PUBLICATION |
| JOSEPH JOHN HERRERA; ) ALOHA COUNCIL BOY SCOUTS OF ) AMERICA, INC.; and BOY SCOUTS ) OF AMERICA, INC., ) | |
| Defendants. ) | |

Attached is a Proof of Publication of the Notice of Motion for an Order in Aid of Judgment Against Defendant Joseph John Herrera that was published at The Oregonian, a newspaper of general circulation in Portland, Oregon, on March 4, 2006, March 11, 2006 and March 18, 2006. See Exhibit "A."

Respectfully submitted this 28 day of March, 2006.

O' CONNOR BERMAN DOTTS AND BANES
Attorneys for Plaintiff Maria Hellena Jebehn

By: _____
Michael W. Dotts

3016-01-060328-ProofPublication2.abs

# The Oregonian
EST. 1850

*Practically Indispensable.*

1320 SW Broadway, Portland, OR 97201-3499

Affidavit of Publication

I, Darlene Dorman, duly sworn depose and say that I am the Principal Clerk Of The Publisher of The Oregonian, a newspaper of general circulation, as defined by ORG 193.010 and 193.020, published in the city of Portland, in Multnomah County, Oregon; that the advertisement, the printed text of which is shown below, was published without interruption in the entire and regular issue The Oregonian or the issue on the following dates:

3/4/2006, 3/11/2006, 3/18/2006



OFFICIAL SEAL
ALAN COLLINS
NOTARY PUBLIC-OREGON
COMMISSION NO. 386700
MY COMMISSION EXPIRES DEC. 26, 2008

Principal Clerk of the Publisher:

3/20/6

Subscribed and sworn to before me this date:

Notary:

Ad Order Number: 0001721573

---

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS MARIA HELLENA JEBEHN, Plaintiff v. JOSEPH JOHN HERRERA, ALOHA COUNCIL BOY SCOUTS OF AMERICA, INC.; and BOY SCOUTS OF AMERICA, INC, Defendants

CIVIL ACTION NO. 03-0027

NOTICE OF MOTION FOR AN ORDER IN AID OF JUDGMENT AGAINST DEFENDANT JOSEPH JOHN HERRERA

Date: April 6, 2006 Time: 9:00 a.m.

TO: DEFENDANT JOSEPH JOHN HERRERA PLEASE TAKE NOTICE that on the date and at the time entered above, at the District Court, located on the first floor of the Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiff Maria Hellena Jebehn's Motion for an Order in Aid of Judgment Against Defendant Joseph John Herrera will come before the Court for hearing.

Respectfully submitted this 22nd day of February, 2006

O'CONNOR BERMAN DOTTS & BANES, Attorneys for Plaintiff

By: /s/ Michael W. Dotts (F0150)

---

EXH-"A"

Jhen
3/27/06
By mail



# The Oregonian Order Confirmation for Ad #0001721573

| | | |
|---|---|---|
| **Customer Name** OConnor Berman Dotts & Banes | **Payor Name** OConnor Berman Dotts & Banes | **Sales Rep.** zzNoticesRep |
| **Customer Phone** 670-234-5684 | **Payor Phone** 670-234-5684 | |
| **Account #** 2000159964 | **Account #** 2000159964 | **Ordered By** Jude O. Marfil |
| **Customer Address** PO Box 501969, Second Floor, Nauru Building Saipan MP 96950-1969 USA | **Payor Address** PO Box 501969, Second Floor, N Saipan MP 96950-1969 USA | |
| **Customer Fax** 670-234-5683 | **Customer EMail** attorneys@saipan.com | **PO Number** |

| | | | |
|---|---|---|---|
| **Total Amount** $584.01 | **Promo Type** C-Legal Ad 2x | | **Ad Size** 1.0 X 51 Li |
| **Payment Amt** ($584.01) | **Special Pricing** None | | **Color** <NONE> |
| **Amount Due** $0.00 | **Attributes** | | |
| **Payment Method** Credit Card - Visa:3198 | **Tear Sheets** 0 | **Proofs** 0   **Affidavits** 1   **Blind Box** | **Materials** |

**Invoice Text**

**Ad Content Proof**

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

MARIA HELLENA JEBEHN, Plaintiff
v.
JOSEPH JOHN HERRERA, ALOHA COUNCIL BOY SCOUTS OF AMERICA, INC.; and BOY SCOUTS OF AMERICA, INC, Defendants

CIVIL ACTION NO. 03-0027

NOTICE OF MOTION FOR AN ORDER IN AID OF JUDGMENT AGAINST DEFENDANT JOSEPH JOHN HERRERA

Date: April 6, 2006
Time: 9:00 a.m.

TO: DEFENDANT JOSEPH JOHN HERRERA

PLEASE TAKE NOTICE that on the date and at the time entered above, at the District Court, located on the first floor of the Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiff Maria Hellena Jebehn's Motion for an Order in Aid of Judgment Against Defendant Joseph John Herrera will come before the Court for hearing.

Respectfully submitted this 22nd day of February, 2006

O'CONNOR BERMAN DOTTS & BANES, Attorneys for Plaintiff

By: /s/ Michael W. Dotts (F0150)

| **Product:Edition:Zone** | **Placement** | **Position** | **# Inserts** |
|---|---|---|---|
| Oregonian:All:None | C-Notices - Classified | 008-Public Notices | 3 |
| **Run Dates** 3/4/2006, 3/11/2006, 3/18/2006 | | | |
| **Sort Text** INTHEUNITEDSTATESDISTRICTCOURTFORTHENORTHERNMARIANAISLANDSMARIAHELLENAJEBEHNPLAINTIFFVJOSEPHJOHNH | | | |
| **Run Schedule Invoice Text** IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA IS | | | |

| **Product:Edition:Zone** | **Placement** | **Position** | **# Inserts** |
|---|---|---|---|
| Online:All:None | C-Notices - Classified | 008-Public Notices | 3 |
| **Run Dates** 3/4/2006, 3/11/2006, 3/18/2006 | | | |
| **Sort Text** INTHEUNITEDSTATESDISTRICTCOURTFORTHENORT | | | |
| **Run Schedule Invoice Text** IN THE UNITED STATES DISTRICT COURT FOR | | | |