# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-03-0027

April 6, 2006
9:05 a.m.

**Maria Hellena Jebehn -vs- Joseph John Herrera, et al**

F I L E D
Clerk
District Court

APR – 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

PRESENT:    Hon. Alex R. Munson. Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Eric Bozman, Attorney for Defendant

PROCEEDINGS:   Motion for ORDER in Aid of Judgment

　　　Plaintiff was represented in court by Attorney Eric Bozman.   No one appeared on behalf of defendants.

　　　Court granted the motion and requested Attorney Bozman to prepare the order.

Adjourned 9:10 a.m.

_____
K. Lynn Lemieux, Courtroom Deputy