F I L E D
Clerk
District Court

APR 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>JOSEPH JOHN HERRERA;  )<br>ALOHA COUNCIL BOY SCOUTS OF  )<br>AMERICA, INC.; and BOY SCOUTS  )<br>OF AMERICA, INC.,  )<br>  )<br>Defendants.  )<br>_____ ) | CIVIL ACTION NO.03-0027<br><br>ORDER IN AID OF<br>JUDGMENT AGAINST<br>DEFENDANT JOSEPH<br>JOHN HERRERA |

This matter came on for hearing on Plaintiff's Motion for an Order in Aid of Judgment on April 6, 2006. Plaintiff Maria Hellena Jebehn was not present but was represented by counsel, Eric T. Bozman. Defendant Joseph John Herrera was not present and was not represented by counsel.

The Court finds that Plaintiff, as ordered on February 13, 2006, published a copy of the Notice of Motion for An Order in Aid of Judgment in a newspaper of general circulation in the Commonwealth of the Northern Mariana Islands and Portland, Oregon once each week for three successive weeks prior to the date of the hearing.

The Court also finds that Defendant Herrera is in breach of the Settlement Agreement for his failure to make timely payments and pay the correct amount of monthly payments.

Defendant Herrera is in arrears in the amount of $2,225.00 and now owes the total amount of $18,305.61 as of March 14, 2006. See attached Plaintiff's Summary of Payments, Exhibit "A."

The Court, based on the pleadings and papers on file in this matter, and other matters adduced at the hearing and the applicable law, ORDERS as follows:

Defendant Herrera shall pay Plaintiff the remaining balance of $18,305.61 under the Settlement Agreement. In addition, Defendant Herrera shall pay Plaintiff's attorney's fees and costs incurred in filing this motion. Plaintiff shall submit its statement of attorney's fees and costs within ten (10) days.

SO ORDERED: 4-13-06

JUDGE ALEX R. MUNSON

3016-01-060407-OrderAidJudgment.abs

**RECEIVED**

APR 1 2 2006

Clerk
District Court
The Northern Mariana Islands

**Jebehn v Herrera/BSP**
**Summary of Payments**

| Balance | Interest Rate | #Days Lapsed | Date | Interest | Late Fee 10% | Payment | Balance | OR# |
|---|---|---|---|---|---|---|---|---|
| 21,000.00 | | | 09/01/04 | | | | 21,000.00 | |
| 21,000.00 | 4.5% | 30 | 10/01/04 | 77.67 | | 350.00 | 20,727.67 | 3627 |
| 20,727.67 | 4.5% | 34 | 11/04/04 | 86.89 | 3.50 | 350.00 | 20,468.06 | 3717 |
| 20,468.06 | 4.5% | 29 | 12/03/04 | 73.18 | 3.50 | 350.00 | 20,194.74 | 3765 |
| 20,194.74 | 4.5% | 38 | 01/10/05 | 94.61 | 3.50 | 350.00 | 19,942.85 | 3829 |
| 19,942.85 | 4.5% | 28 | 02/07/05 | 68.84 | 3.50 | 350.00 | 19,665.19 | 3872 |
| 19,665.19 | 4.5% | 35 | 03/14/05 | 84.86 | 3.50 | 300.00 | 19,453.55 | 3955 |
| 19,453.55 | 4.5% | 24 | 04/07/05 | 57.56 | 3.50 | 300.00 | 19,214.61 | 4003 |
| 19,214.61 | 4.5% | 32 | 05/09/05 | 75.81 | 3.50 | 300.00 | 18,993.92 | 4075 |
| 18,993.92 | 4.5% | 30 | 06/08/05 | 70.25 | 3.50 | 300.00 | 18,767.67 | 4154 |
| 18,767.67 | 4.5% | 31 | 07/09/05 | 71.73 | 3.50 | 300.00 | 18,542.90 | 4230 |
| 18,542.90 | 4.5% | 33 | 08/11/05 | 75.44 | 3.50 | 275.00 | 18,346.84 | 4289 |
| 18,346.84 | 4.5% | 32 | 09/12/05 | 72.38 | 3.50 | 150.00 | 18,272.72 | 4338 |
| 18,272.72 | 4.5% | 31 | 10/13/05 | 69.84 | 3.50 | 100.00 | 18,246.06 | 4397 |
| 18,246.06 | 4.5% | 39 | 11/21/05 | 87.73 | 3.50 | 100.00 | 18,237.29 | 4470 |
| 18,237.29 | 4.5% | 21 | 12/12/05 | 47.22 | 3.50 | 50.00 | 18,238.00 | 4513 |
| 18,238.00 | 4.5% | 32 | 01/13/06 | 71.95 | 3.50 | 50.00 | 18,263.46 | 4584 |
| 18,263.46 | 4.5% | 27 | 02/09/06 | 60.79 | 3.50 | 50.00 | 18,277.75 | 4648 |
| 18,277.75 | 4.5% | 33 | 03/14/06 | 74.36 | 3.50 | 50.00 | 18,305.61 | |
| | | | | $ 1,321.11 | $ 59.50 | $ 4,075.00 | | |

**Scheduled Monthly Payment**

| | |
|---|---|
| October, 2004 | $ 350.00 |
| November, 2004 | 350.00 |
| December, 2004 | 350.00 |
| January, 2005 | 350.00 |
| February, 2005 | 350.00 |
| March, 2005 | 350.00 |
| April, 2005 | 350.00 |
| May, 2005 | 350.00 |
| June, 2005 | 350.00 |
| July, 2005 | 350.00 |
| August, 2005 | 350.00 |
| September, 2005 | 350.00 |
| October, 2005 | 350.00 |
| November, 2005 | 350.00 |
| December, 2005 | 350.00 |
| January, 2006 | 350.00 |
| February, 2006 | 350.00 |
| March, 2006 | 350.00   6,300.00 |

**Amount in Arrears** $ 2,225.00

Exhibit "A"