1  **MICHAEL W. DOTTS, ESQ.**
   **O'Connor Berman Dotts and Banes**
2  **Second Floor, Nauru Building**
   **P.O. Box 501969**
3  **Saipan, M.P. 96950-1969**
   **Tel. No.: (670) 234-5684**
4  **Fax No.: (670) 234-5683**

5  *Attorneys for Plaintiff Maria Hellena Jebehn*

F I L E D
Clerk
District Court

APR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

6

7  ## IN THE UNITED STATES DISTRICT COURT
   ### FOR THE
   ## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

8

| | | |
|---|---|---|
| **MARIA HELLENA JEBEHN,** | ) | **CIVIL ACTION NO. 03-0027** |
| | ) | |
| **Plaintiff,** | ) | **NOTICE OF FILING OF** |
| | ) | **DECLARATION OF** |
| **v.** | ) | **MICHAEL W. DOTTS** |
| | ) | **RE ATTORNEY'S FEES** |
| | ) | **AND COSTS INCURRED** |
| **JOSEPH JOHN HERRERA;** | ) | **TO ENFORCE JUDGMENT** |
| **ALOHA COUNCIL BOY SCOUTS OF** | ) | **AGAINST DEFENDANT** |
| **AMERICA, INC.; and BOY SCOUTS** | ) | **JOSEPH JOHN HERRERA** |
| **OF AMERICA, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

        Plaintiff Maria Hellena Jebehn, by counsel, hereby files the Declaration of Michael W.

Dotts regarding attorney's fees and costs incurred by Plaintiff to enforce the Judgment against

Defendant Joseph John Herrera, pursuant to the Court's Order In Aid of Judgment dated

April 13, 2006.


        Dated this _17th_ day of April, 2006.



                                        _Eri Bym an MD_
                                        Michael W. Dotts (F0150)

3016-01-060417-NoticeFilingDecl