FILED
Clerk
District Court

APR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MICHAEL W. DOTTS, ESQ.
O'Connor Berman Dotts and Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, M.P. 96950-1969
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

*Attorneys for Plaintiff Maria Hellena Jebehn*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELLENA JEBEHN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JOSEPH JOHN HERRERA; ) <br> ALOHA COUNCIL BOY SCOUTS OF ) <br> AMERICA, INC.; and BOY SCOUTS ) <br> OF AMERICA, INC., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 03-0027 <br><br> DECLARATION OF <br> MICHAEL W. DOTTS <br> RE ATTORNEY'S FEES <br> AND COSTS INCURRED <br> TO ENFORCE JUDGMENT <br> AGAINST DEFENDANT <br> JOSEPH JOHN HERRERA |

I, Michael W. Dotts, declare and state, under penalty of perjury, as follows:

1. I am the counsel of record for Plaintiff Maria Helena Jebehn in this matter.

2. I have reviewed all of my law firm's billings regarding enforcement of judgment against Defendant Joseph John Herrera. The total attorney's fees and costs that my firm has incurred to enforce judgment or in aid of judgment against Defendant Herrera from February 9, 2006 through April 7, 2006 is $2,824.91. *See billing, Exhibit "A."*

1

2. Of the total amount of $2,824.91, $2,035.00 is for attorney's fees and $789.91 is for costs.

3. The amount of $2,824.91 does not include any billings for time worked or costs incurred in connection with prejudgment proceedings against Defendant Herrera, nor any proceedings against the other Defendants in this case. The claimed amount of $2,824.91 is purely related to the post judgment proceedings against Defendant Herrera.

4. The amount of $2,824.91 represents a reasonable and fair compensation to counsel and a true and correct account of the work done on this case. All of the fees prayed for were necessarily and actually incurred in the course of representation of Plaintiff Jebehn.

5. It is my firm's practice to record time contemporaneously or close in time to when the work is performed. Billing judgment is exercised and time is reduced or not charged when it is felt the amount of time performed on a task was excessive, or time is eliminated if it is felt performance of the task was not justified. That billing judgment was exercised here in arriving at the total of $2,824.91.

6. The attorneys' fees sought are based on hourly rates charged by the attorneys and paralegal at my firm who worked on the case. The rates are market rate and are charged generally to all clients. The costs charged are also at market rate and are the sort of costs charged to all clients.

7. This Declaration is being issued to comply with the Court's Order In Aid of Judgment dated April 13, 2006.

I, Michael W. Dotts, declare and state, under penalty of perjury, that I have read this Declaration, and that it is true and correct, to the best of my knowledge and belief, and if called upon to testify, I could competently testify thereto.

Executed on Saipan on this 14 day of April, 2006.

Michael W. Dotts (F0150)

3016-01-060414-Decl.MWD-attysfees

3

| SAIPAN OFFICE | **O'CONNOR BERMAN DOTTS & BANES** | HONOLULU OFFICE |
| --- | --- | --- |
| Second Floor, Nauru Building | ATTORNEYS AT LAW | Suite 2800, Pacific Tower |
| P.O. Box 501969 | SAIPAN OFFICE | Bishop Square, 1001 Bishop Street |
| Saipan, MP 96950-1969 | | Honolulu, Hawaii 96813-3580 |
| Telephone: (670) 234-5684 | | Telephone: (808) 585-8858 |
| Fax: (670) 234-5683 | | Fax: (808) 599-4198 |
| Email: attorneys@saipan.com | | Email: Mark@Shklovlaw.com |

April 14, 2006

| POHNPEI OFFICE | | GUAM OFFICE |
| --- | --- | --- |
| Second Floor, Ace Commercial Bldg. | | Suite 503, Bank of Guam Building |
| P.O. Box 1491 | | 111 Chalan Santo Papa |
| Kolonia, Pohnpei, FSM 96941 | | Hagåtña, Guam 96910 |
| Telephone: (691) 320-2868 | | Telephone: (671) 477-2778 |
| Fax: (691) 320-5450 | | Fax: (671) 477-4366 |
| Email: bermlaw@mail.fm | | Email: bermlaw@kuentos.guam.net |

Invoice submitted to:
Client Acct.No.: 3016-01-Cont

Ma. Helena E. Jebehn
P.O. Box 504844 CK
Saipan MP 96950


In Reference To:  CNMI v. Joseph John Herrera: CR 02-0049A

Invoice # 37524

Professional services

|  |  |  | *Hours* |
| --- | --- | --- | --- |
| 2/9/06 | MWD | Hearing on motion to enforce settlement agreement or in alternative, motion for order to show cause. Make oral motion to served by publication that was granted. | 0.50 |
| 2/10/06 | ABS | Prepare Order. | 1.00 |
| 2/13/06 | ABS | Prepare motion for order in aid of judgment, declaration, notice and order. | 2.00 |
|  | ABS | Revisions to motion for order in aid of judgment and declaration. | 0.50 |
| 2/16/06 | ABS | Research for memorandum in support of motion for order in aid of judgment. | 0.50 |
| 2/20/06 | ABS | Research and prepare memorandum in support of motion for order in aid of judgment. | 1.50 |

**Exhibit "A"**

Ma. Helena E. Jebehn                                                    Page    2

                                                                     *Hours*

| Date | | Description | Hours |
|---|---|---|---|
| 2/21/06 | ABS | Prepare revisions to memorandum, declaration, motion, notice, and order. Research re order in aid of judgment. | 2.50 |
| 2/22/06 | ABS | Revisions to memo in support of motion for order in aid of judgment. | 0.25 |
| | MWD | Review and approve motion papers. | 0.50 |
| 3/15/06 | ABS | Prepare Proof of Service. Obtained publication. | 0.50 |
| 3/28/06 | ABS | Prepare cover page for Proof of Publication in Oregon. Prepare for court filing. | 0.50 |
| 3/29/06 | EDB | Discussion with Mike Dotts to cover hearing since Mr. Dotts must leave island. | 0.25 |
| | MWD | Review and verify that publication was completed; discuss case with Eric Bozman since he will handle hearing. | 0.70 |
| 3/30/06 | ABS | Prepare updated computation of amounts due. | 0.25 |
| 4/5/06 | EDB | Discussion with Aura Sabangan. | 0.25 |
| | EDB | Review file. | 0.50 |
| 4/6/06 | EDB | Hearing on motion for order in aid of judgment. | 1.00 |
| 4/7/06 | ABS | Prepare Order in Aid of Judgment. Update computation of amounts due. | 0.50 |
| | MWD | Review draft order before submission. | 0.20 |

                                                                     *Amount*

AMOUNT DUE ON HOURS WORKED                              13.90    $2,035.00

Additional charges:

- Mileage                                                           0.90
- Postage                                                          10.77
- Xerox Charges                                                    72.90

Ma. Helena E. Jebehn                                                  Page    3

                                                                    **Amount**

- Xerox Charges                                                        21.60
- Fax/Phonebills                                                       13.50
- Word Processing                                                       5.83
- Publication - Notice of Motion (boh5957) -                           72.00
  Saipan
- Xerox Charges                                                         5.40
- Fax/Phonebills                                                        3.00
- Publication - Portland, Oregon                                      584.01

Total costs                                                          $789.91


TOTAL AMOUNT DUE                                                   $2,824.91


Balance due                                                        $2,824.91