F I L E D
Clerk
District Court

APR 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARIA HELENA JEBEHN, ) | Civil No. 03-0027 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | IN PART AND DENYING |
| JOSEPH JOHN HERRERA, *et al.*, ) | IN PART PLAINTIFF'S MOTION |
| ) | FOR ATTORNEY'S FEES AND |
| Defendants ) | COSTS |
| ) | |

THE COURT has before it plaintiff's motion for costs and fees incurred to enforce the judgment against defendant Joseph John Herrera.

The court has reviewed the billing records submitted by plaintiff in support of his request for attorney fees and finds them generally reasonable and necessary.[1]

Accordingly, the court awards attorney fees and paralegal fees as follows: Michael W.

---

[1] The court declines to award fees for the conference between Mr. Dotts and Mr. Bozman on March 29, 2006, finding the time spent unreasonable.

Dotts, 1.2 hours = $300.00; Eric D. Bozman, 1.75 hours = $315.00; and paralegal Auralou Sabangan, 10 hours = $1,200.00, for a total award of $1,815.00.

As for costs, Title 28 U.S.C. § 1920 provides in full:

<u>Taxation of costs</u>.  A judge or clerk of any court of the United States may tax as costs the following:

(1)  Fees of the clerk and marshal;
(2)  Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the trial;
(3)  Fees and disbursements for printing and witnesses;
(4)  Fees for exemplification and copies of papers necessarily obtained for use in the case;
(5)  Docket fees under section 1923 of this title;
(6)  Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

The types of costs awardable under Fed.R.Civ.P. 54(d) are limited to those enumerated in 28 U.S.C. § 1920; costs not listed in § 1920 may not be taxed unless they are specifically authorized by some other statute or by contract.  <u>Crawford Fitting Co. v. J.T. Gibbons, Inc.</u>, 482 U.S. 437, 440, 441-442, 107 S.Ct. 2494, 2497-2498 (1987).

Accordingly, plaintiff is allowed costs only for publication ($72.00 + $584.01) in the amount of $656.01.  The other costs are more properly characterized as attorney office overhead expenses and no provision for their award is made in 28

U.S.C. § 1920.

IT IS ORDERED that plaintiff is awarded the sum of $1,815.00 as attorney and paralegal fees and $656.01 for costs, for a total of $2,471.01.

DATED this 28th day of April, 2006.

*Alex R. Munson*
ALEX R. MUNSON
Judge